

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Milton Edward Griggs

No. 06-15-00096-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, we dismiss the petition.

RENDERED JUNE 10, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk